UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **KATHY R.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:21-cv-00095-JDL |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| **Acting Commissioner of** | ) |
| **Social Security Administration,** | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Kathy R., the Plaintiff, filed a complaint (ECF No. 1) and Itemized Statement of Errors (ECF No. 15) requesting that the Administrative Law Judge's ("ALJ") November 29, 2019 Decision (ECF No. 11-2 at 11-35) that she was not disabled for the purposes of supplemental security income under the Social Security Act be vacated and remanded. United States Magistrate Judge John C. Nivison filed his Recommended Decision with the Court on January 5, 2022 (ECF No. 30), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2022) and Fed. R. Civ. P. 72(b). Kathy R. filed an objection on January 19, 2022 (ECF No. 31) and the Commissioner filed a response to the objection (ECF No. 32).

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge

1

for the reasons set forth in his Recommended Decision and determine that no further proceedings are necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 30) of the Magistrate Judge is hereby **ACCEPTED** and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**Dated: February 24, 2022.**

                                                                                      **/s/ JON D. LEVY**
                                                     **CHIEF U.S. DISTRICT JUDGE**